UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>      v.<br><br>JAMES F. DODD,<br><br>       Defendant. | Case No. 20-cv-40038-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. The Court erroneously construed defendant James F. Dodd's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 89) as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on U.S.S.G. Amendment 821. At the Court's direction and pursuant to Administrative Order 362, counsel appeared for Dodd for the purpose of evaluating his eligibility for relief under Amendment 821 and now moves to withdraw because the defendant is not eligible (Doc. 93).

The Court **GRANTS** counsel's motion to withdraw (Doc. 93) because Dodd has not actually requested relief under Amendment 821, and the Court cannot appoint counsel for requests for compassionate release, what the defendant actually seeks. *United States v. Blake*, 986 F.3d 756, 758 (7th Cir. 2021); *United States v. Foster*, 706 F.3d 887, 888 (7th Cir. 2013). Accordingly, Assistant Federal Public Defender Judith A. Kuenneke is **TERMINATED** as counsel in this case. In light of counsel's termination, the Court **DENIES** a**s moot** the Government's motion to respond late to the motion to withdraw (Doc. 95).

The Government has responded to Dodd's motion for compassionate release (Doc. 96). The Court **ORDERS** that Dodd shall have up to and including February 16, 2024, to file a *pro se* response to that motion.

**IT IS SO ORDERED.**
**DATED: January 16, 2024**

                                                                                       s/ J. Phil Gilbert
                                                                                       **J. PHIL GILBERT**
                                                                                       **DISTRICT JUDGE**